# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JERONE MCDOUGALD,                  Case No. 1:19-cv-107
      Plaintiff,

                                       Black, J.

      vs.                              Bowman, M.J.

RONALD ERDOS,                   **ORDER AND REPORT**
      Defendant.              **AND RECOMMENDATION**

This matter is before the Court on plaintiff's motion to supplement his complaint. (Doc. 3). Plaintiff's motion (Doc. 3) is hereby **GRANTED**. However, because plaintiff's complaint, as amended, fails to allege particular facts showing any immediate or impending serious physical injury in existence at the time he commenced this action, he fails to meet the exception to the "three strikes" rule set forth in 28 U.S.C. § 1915(g).

Accordingly, for the reasons stated in the February 28, 2019 Report and Recommendation and consistent with the rulings of this Court in plaintiff's other cases,[1] plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) should be **DENIED** and plaintiff should be ordered to pay the full filing fee within thirty (30) days.

      **IT IS SO RECOMMENDED.**

                                      *s/ Stephanie K. Bowman*
                                    Stephanie K. Bowman
                                    United States Magistrate Judge

---

1 *See, e.g.*, *McDougald v. Erdos*, No. 1:17-cv-464 (Barrett, J.; Bowman, M.J.) (S.D. Ohio Feb. 26, 2019) (Doc. 47) (summarizing plaintiff's litigation history in this Court and motions for leave to proceed *in forma pauperis*).

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

JERONE MCDOUGALD,                              Case No. 1:19-cv-107
      Plaintiff,

                                    Black, J.
      vs.                                          Bowman, M.J.

RONALD ERDOS,
      Defendant.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.   That period may be extended further by the Court on timely motion by either side for an extension of time.   All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.   A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.   Failure to make objections in accordance with this procedure may forfeit rights on appeal.   *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

2